IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUSTICE JETE BROOKS**                                                                                   **PLAINTIFF**
**2014177**

v.                                      Case No. 4:25-CV-00342-LPR

**URSULA VON DER LEYEN,** *et al.*                                                                **DEFENDANTS**

## ORDER

      Plaintiff Justice Jete Brooks filed this action *pro se*.[1]  On April 23, 2025, the Court entered an Order directing Plaintiff to either pay the filing fee or file a complete application to proceed *in forma pauperis*.[2]  The Court warned Plaintiff that failure to comply with the Order would result in the dismissal of Plaintiff's Complaint without prejudice.[3]  Plaintiff has not complied with, or otherwise responded to, the Court's April 23rd Order, and the time for doing so has expired.  Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

      IT IS SO ORDERED this 27th day of May 2025.

                                                              _____
                                                              LEE P. RUDOFSKY
                                                              UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3).

[3] *Id*.  The Court noted that Plaintiff had provided an incomplete return address.  Nonetheless, the Court directed the Clerk to deliver the Order to Plaintiff at the address provided, in addition to maintaining a copy of the Order for Plaintiff in the Clerk's Office.  *Id.*